**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Bruce LEE, Jr., Defendant–Appellant.**

No. 03–40024.
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Nov. 6, 2003.

William D. Baldwin, Assistant US Attorney, US Attorney's Office, Eastern District of Texas, Tyler, TX, for Plaintiff–Appellee.

Elizabeth L. DeRieux, Albritton Law Firm, Longview, TX, for Defendant–Appellant.

Before BARKSDALE, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM.*

Bruce Lee, Jr., appeals his conviction of conspiracy to possess with intent to distribute cocaine and using and carrying of a firearm in furtherance of a drug trafficking crime. Lee argues on appeal that the district court erred in denying his motion to suppress evidence seized both incident to a warrantless arrest and as the result of a search of his residence pursuant to a warrant.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

The district court correctly determined that officers entered Lee's hotel room to arrest him upon the voluntary consent of a third party with actual or apparent authority to consent. *See United States v. Jaras,* 86 F.3d 383, 389 (5th Cir.1996). The district court was also correct in its determination that the search of Lee's residence was based upon objectively reasonable, good-faith reliance upon a search warrant. *See United States v. Satterwhite,* 980 F.2d 317, 320 (5th Cir.1992).

AFFIRMED.